IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CARL KIRCHER,** *et al.*,

    **Plaintiffs,**

v.

**PUTNAM FUNDS TRUST,** *et al.*,

    **Defendants.**                              **Case No. 06-cv-1001-DRH**

## ORDER

**HERNDON, District Judge:**

    Before the Court is Defendants' Motion to Consolidate (Doc. 4). As the two cases are actually identical cases, but merely at different procedural stages, the Court hereby **GRANTS** said Motion (Doc. 4) and **CONSOLIDATES** the above-captioned Case No. 06-cv-1001-DRH with Case No. 06-cv-939-DRH. In addition, the Court **MOOTS** Plaintiffs' Motion to Remand for Defects in Removal Procedure (Doc. 13) since Plaintiffs acknowledge that Plaintiffs' Motion to Remand filed in Case No. 06-cv-939-DRH (Doc. 10) is substantially the same in all material respects. Further proceedings in the consolidated litigation shall be docketed under the earlier case number of **06-cv-939-DRH**.

    **IT IS SO ORDERED.**

    Signed this 5th day of January, 2007.

                                                      /s/          David RHerndon
                                                      **United States District Court**